IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAVID COREY,**

    **Plaintiff,**

  **vs.**                                                        **Case No. 2:13-cv-660**
                                                               **Judge Marbley**
                                                                **Magistrate Judge King**

**ALLERGAN, INC.,** *et al.,*

    **Defendants.**

## ORDER

Defendants have filed a motion to dismiss the action and to compel arbitration. Doc. No. 3. On August 5, 2013, the Court conferred with counsel for the parties regarding defendants' motion to stay the proceedings pending resolution of the motion to dismiss and to compel arbitration, Doc. No. 4, and defendants' motion for an extension of time in which to file an answer, Doc. No. 5.

Plaintiff does not oppose defendants' motions to stay and for an extension of time, but requests an extension of time in which to respond to the motion to dismiss and to compel arbitration. Defendants do not oppose plaintiff's request.

It is thereby **ORDERED** that defendants' motions to stay and for an extension of time, Doc. Nos. 4, 5, be **GRANTED**. This action is hereby **STAYED** pending resolution of the motion to dismiss and to compel arbitration. Moreover, defendants may have two (2) weeks after the resolution of the motion to dismiss and to compel arbitration in which to file an answer, should an answer be otherwise appropriate.

1

2

Plaintiff may have until August 9, 2013 to respond to the motion to dismiss and to compel arbitration.  Defendants may reply within rule.

The preliminary pretrial conference currently scheduled for August 21, 2013 is **VACATED** and will be rescheduled, if otherwise appropriate, following resolution of the motion to dismiss and to compel arbitration.


August 5, 2013                                        *s/Norah McCann King*
                                                    Norah M$^c$Cann King
                                          United States Magistrate Judge